UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| CHARLENE A. STEPHENSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 3:08-CV-144 |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Christopher Nuechterlein. (DE 9.) Judge Nuechterlein previously ordered Plaintiff Charlene A. Stephenson to file a status report advising whether she would obtain representation or proceed *pro se*. (DE 7.) She was to do so by April 30, 2009. (*Id.*) She declined to do so. Judge Nuechterlein then issued an order setting a new deadline for her to advise the Court about whether she would be represented and to show cause why the case should not be dismissed for failure to prosecute on May 4. (DE 8.) The deadline for Stephenson to make that filing was May 15. (*Id.*) Again, she declined. So on May 26, Judge Nuechterlein issued a Report and Recommendation recommending that the case be dismissed for failure to prosecute. (DE 9.) Stephenson was given until June 12 to respond. Yet again, she declined.

To date, neither party has filed an objection to Magistrate Nuechterlein's Report and Recommendation. The Court having reviewed the Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE.** The Clerk is further directed to treat this matter as **TERMINATED** and all further settings are hereby **VACATED**.

**SO ORDERED.**

ENTERED: June 17, 2009

                                                    <u>s/ Philip P. Simon</u>  
                                                    PHILIP P. SIMON, JUDGE  
                                                    UNITED STATES DISTRICT COURT